NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION, and Does 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:14-cv-00013-AB-JC<br><br>*Honorable André Birotte, Jr.*<br><br>**[PROPOSED] JUDGMENT AFTER JURY VERDICT**<br><br>VERDICT RENDERED APRIL 26, 2018 |

**TO ALL INTERESTED PERSONS, THE PARTIES AND THEIR COUNSEL OF RECORD:**

By reason of special jury verdict, Defendant Fédération Internationale de Football Association is entitled to Judgment against Plaintiff Worldwide Subsidy Group, LLC. Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff Worldwide Subsidy Group, LLC have and recover nothing by reason of each of its claims set forth in the operative complaint against Defendant Fédération

1.

Internationale de Football Association and that Defendant Fédération Internationale de Football Association is the prevailing party and shall recover its costs in accordance with Local Rule 54 in the amount of TO BE DETERMINED (per costs bill.)

**IT IS SO ORDERED.**

Dated: May 8, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE